IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ERIK BALADEZ, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GENERAL MOTORS, LLC, | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:17-CV-194-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that with respect to the settlement agreement provisions regarding the minor plaintiffs, the Court approve the settlement agreement as fair, appropriate, and in their best interests under the circumstances of this civil action. It is further recommended that the Court discharge the guardian ad litem of all further responsibilities in this matter and tax his fee of $6,247.95 as cost against the Defendant.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, with respect to the settlement agreement provisions regarding the minor plaintiffs, the Court hereby **APPROVES** the settlement agreement as fair, appropriate, and in their best

---

[1] The Magistrate Judge's Recommendation also advises, that as stated on record, counsel for Plaintiffs shall reimburse Defendant for $1,247.95 of those fees to be payable from their attorney fees and not from any amounts to be disbursed to the minors.

1

interests under the circumstances of this civil action.[2] The Court further **DISCHARGES** the guardian ad litem of all further responsibilities in this matter and taxes his fee of $6,247.95 as cost against the Defendant. As stated on record, Plaintiffs' counsel shall reimburse Defendant for $1,247.95 of those fees to be payable from their attorney fees and not from any amounts to be disbursed to the minor plaintiffs.

SO ORDERED this 28 day of December, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] The Court **APPROVES** of the payment amount and distribution methods relating to the minor children as contained in the parties' sealed confidential settlement agreement.